UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NO JS-6

| | |
|---|---|
| DONNA McCLOUDY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CALIFORNIA FOUNDATION FOR HEALTH, a California corporation dba DELANO REGIONAL MEDICAL CENTER; WILLIAM L. NOBLE,<br><br>Defendants. | Case No.: CV09-5229-GW AJWX<br><br>JUDGMENT FOR DEFENDANT WILLIAM L. NOBLE ON JURY VERDICT IN OPEN COURT |

This action was tried by a jury with Judge George Wu presiding.

Plaintiff Donna McCloudy alleged the following Claims for Relief:

1. Violation of 42 USC 1981 against Defendant William L. Noble, only;

2. Violation of California Government Code Section 12940 against Defendant Central California Foundation for Health, a California corporation doing business as Delano Regional Medical Center, only.

The Jury, after deliberation, reached a verdict on the First Claim for Relief, an alleged Violation of 42 USC 1981, against the Plaintiff and in favor of Defendant William L. Noble. The Jury was unable to reach a verdict on the Second Claim for Relief, an alleged Violation of California Government Code Section 12940 and a mistrial was declared as to that claim, only.

///

1  **IT IS ORDERED** that Donna McCloudy recover nothing on the First Claim for Relief, the alleged Violation of 42 USC 1981 claim and that that claim be dismissed on the merits and judgment be entered in favor of defendant William L. Noble.

Dated: March 28, 2011        _____
                              Hon. George H. Wu, United States District Court Judge